AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 1 2 2013 ★

BROOKLYN OFFICE

| KELLY McCORMICK | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV04-2405 (JBW) |
| CLEAVER BROOKS CO. INC. et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* **KELLY McCORMICK** recover from the defendant *(name)* **CLEAVER BROOKS CO., INC., ET AL** the amount of **nine hundred and eighty thousand** dollars ($ **980,000.00** ).

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: No costs or disbursements.

This action was *(check one)*:

☑ tried by a jury with Judge **Jack B. Weinstein** presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: **6/12/2013**

CLERK OF COURT

*[signature]*
Signature of ~~Clerk or~~ Deputy Clerk